Weisbrod-Moore v Cayuga County (2023 NY Slip Op 04899)

Weisbrod-Moore v Cayuga County

2023 NY Slip Op 04899

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, AND MONTOUR, JJ. (Filed Sept. 29, 2023.) 

MOTION NO. (949/22) CA 22-01075.

[*1]JACKIE WEISBROD-MOORE, PLAINTIFF-RESPONDENT, 
v
CAYUGA COUNTY, DEFENDANT-APPELLANT, ET AL., DEFENDANTS.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.